Christine A. Amalfe, Esq. (Attorney ID 020981985)
Zachary B. Posess, Esq. (Attorney ID 380062022)
Nathan A. Glazer, Esq. (Attorney ID 488302024)
**FBT Gibbons LLP**
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500
*Attorneys for Defendant Rutgers, the State University of New Jersey*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGAN NOVAK,<br><br>          Plaintiff,<br><br>     v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, ABC CORPORATION and/or XYZ CORPORATION, fictitious its agents, servants and/or employees, JONATHAN HOLLOWAY, SHINO JOHN, ROSA SALGADO-RODRIGUEZ, VIVIAN HERNANDEZ, and/or JOHN or JANE DOES, fictitious names,<br><br>          Defendants. | Civil Action No. 2:26-cv-01222<br><br>***Document electronically filed***<br><br>**NOTICE OF REMOVAL**<br><br>[Previously pending in the Superior Court of New Jersey, Law Division, Middlesex County, MID-L-7015-25] |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**:

**PLEASE TAKE NOTICE THAT** Defendant Rutgers, the State University of New Jersey (hereinafter "Rutgers"), hereby files this Notice of Removal of the above-captioned action from the Superior Court of New Jersey, Middlesex County, Law Division, Docket No. MID-L-7015-25, pursuant to 28 U.S.C. §§ 1441 and 1446, on the basis of the facts set forth below:

### Procedural History and Plaintiff's Allegations

1.     On or about October 1, 2025, Plaintiff, Megan Novak, filed a Complaint against Defendants in the Superior Court of New Jersey, Law Division, Middlesex County, under Docket

No. MID-L-7015-25.  Thereafter, on December 10, 2025, Plaintiff filed an Amended Complaint. A copy of Plaintiff's Summons, Complaint, Track Assignment, and Amended Complaint is attached hereto as Exhibit A.

2.      Service of the Summons, Complaint, and Amended Complaint was effectuated upon Rutgers on January 15, 2026. A copy of the Affidavit of Service is attached hereto as Exhibit B. Therefore, this Notice of Removal is being filed within 30 days after Rutgers first received, through service or otherwise, the Summons, Complaint, and Amended Complaint.

3.      As of the filing of this Notice, no other defendant has been properly joined and served with state-court process.

**Grounds for Removal**

4.      The Amended Complaint alleges, in numerous places, that Plaintiff "was deprived of her constitutional and statutory rights guaranteed by the Constitution of the United States and 42 U.S.C. section 1983." Amended Complaint ("Amend. Compl.") (Trans ID: LCV20253474049) ¶¶ 3, 12. As such, this action is of a civil nature over which the District Courts of the United States have original federal question jurisdiction under 28 U.S.C. § 1331.

5.      The Amended Complaint also raises various claims under New Jersey state law, including claims under the New Jersey Law Against Discrimination (NJLAD), N.J.S.A. §§ 10:5-1 *et seq*. the New Jersey Conscientious Employee Protection Act (CEPA), N.J.S.A. §§ 34:19-1 *et seq.*, and Pierce v. Ortho Pharmaceutical Corp., 84 N.J. 58 (1980). See Amend. Compl. at ¶¶ 1, 2, 13, 14. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

**The Procedural Requirements for Removal Have Been Satisfied**

6.     This Notice of Removal is being filed in the District of New Jersey, the District Court of the United States for the district within which the state court action is pending, as required by 28 U.S.C. §§ 1446(a) and 1441(a).

7.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey, Middlesex County, Law Division, in the form attached hereto as Exhibit C.

8.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

### Non-Waiver of Defenses

9.     By removing this action from the Superior Court of New Jersey, Middlesex County, Law Division, Rutgers does not waive any defenses available to it.

10.     By removing this action from the Superior Court of New Jersey, Middlesex County, Law Division, Rutgers does not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE**, Rutgers respectfully requests that this action be duly removed to this Court, and that it proceed herein.

**FBT GIBBONS LLP**
Attorneys for Defendant

By:  /s/ *Christine A. Amalfe*
Christine A. Amalfe, Esq.
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102-5310
*Attorneys for Defendant*
*Rutgers, the State University of New Jersey*

Dated: February 6, 2026

3